UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No: 8:24-cr-00113-JLB-AAS-1

RAYSHEIO CORRAD BLACK,

Defendant.
_____________________________________/

**ORDER**

Pursuant to the Court's April 2, 2026, Order (Doc. 134), Defendant Raysheio Corrad Black filed a brief seeking reconsideration of the prior United States District Judge's Order (Doc. 107) denying his motion (Doc. 52) and supplemental motion (Doc. 90) to suppress evidence and items seized during a search of his vehicle. The Court thanks Defense counsel and the United States for their careful and thorough briefing on the matter.

Upon careful review, the Court finds no error in the prior District Judge's Order (Doc. 107) and fully adopts that Order. A court will reconsider a prior decision only if there has been an intervening change in law, if new evidence has become available, or if there is a need to correct a clear error or manifest injustice. *See Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007); *Fla. Coll. of Osteopathic Med., Inc. v. Dean Witter Reynolds, Inc.*, 12 F. Supp. 2d 1306, 1308 (M.D. Fla. 1998).

Accordingly, Defendant's motion (Doc. 52) and supplemental motion (Doc. 90) to suppress were properly denied.

**ORDERED** in Tampa, Florida, on October 22, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE